Certificate Number: 03088-PAM-DE-034097572

Bankruptcy Case Number: 20-00141


03088-PAM-DE-034097572

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2020, at 10:13 o'clock AM CST, Joseph J Kuehner III completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 16, 2020

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor