```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 20-00141-RNO
Joseph John Kuehner,, III                                         Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1           Date Rcvd: Feb 26, 2020
                              Form ID: ntcnfhrg            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db             Joseph John Kuehner,, III,    88 Adams Ave,    Olyphant, PA 18447-2102
5303838        American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
5290997        Amex,    PO Box 981537,    El Paso, TX 79998-1537
5290998        Aqua Finance Inc,    2600 Pine Ridge Blvd,    Wausau, WI 54401-7800
5300587       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5291000        Jpmcb Card,    PO Box 15369,    Wilmington, DE 19850-5369
5290995        Kuehner Joseph John III,    88 Adams Ave,    Olyphant, PA 18447-2102
5290996        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5291001       +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
5291004        Service Finance Compan,    555 S Federal Hwy,    Boca Raton, FL 33432-5505
5291005        Sflndcorp,    1 Letterman Dr,    San Francisco, CA 94129-1494
5291006        Sst/Pioneer,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
5291007      ++UPGRADE INC,    2 N CENTRAL AVE,    10TH FLOOR,    PHOENIX AZ 85004-2322
               (address filed with court: Upgrade Inc,    2 N Central Ave Fl 10,    Phoenix, AZ 85004-2322)
5291008        Usaa Savings Bank,    10750 W McDermott Fwy,    San Antonio, TX 78288-1601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5290999        E-mail/Text: cashiering-administrationservices@flagstar.com Feb 26 2020 19:41:39
                Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
5291002        E-mail/Text: camanagement@mtb.com Feb 26 2020 19:41:08      M&T Bank,    PO Box 900,
                Millsboro, DE 19966-0900
5294885       +E-mail/PDF: cbp@onemainfinancial.com Feb 26 2020 19:45:27       ONEMAIN,    P.O. Box 3251,
                Evansville, In. 47731-3251
5291003        E-mail/PDF: cbp@onemainfinancial.com Feb 26 2020 19:45:27       Onemain,    PO Box 1010,
                Evansville, IN 47706-1010
5295590        E-mail/Text: bnc-quantum@quantum3group.com Feb 26 2020 19:41:14
                Quantum3 Group LLC as agent for,    Aqua Finance,    PO Box 788,    Kirkland, WA 98083-0788
5291007        E-mail/Text: bknotice@upgrade.com Feb 26 2020 19:40:20      Upgrade Inc,    2 N Central Ave Fl 10,
                Phoenix, AZ 85004-2322
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Flagstar Bank, FSB bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 1 Joseph John Kuehner,, III MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Joseph John Kuehner, III, <br> aka Joseph J. Kuehner III, aka Joseph J. Kuehner, aka Joseph Kuehner III, aka Joseph Kuehner, aka Joseph John Kuehner, <br><br> **Debtor 1** | Chapter  13 <br><br> Case No.  5:20–bk–00141–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 1, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 26, 2020 |

ntcnfhrg (03/18)