IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Joseph John Kuehner, III | : | |
| | : | Case No.: 5:20-bk-00141-RNO |
| Debtor | : | |

## **CERTIFICATE OF SERVICE**

I, Jason P. Provinzano, Esquire, hereby certify that I served a true and correct copy of Debtor's First Amended Chapter 13 Plan and Hearing Required Notice via U.S. First Class Mail on March 26, 2020 on:

> Attn: Ian Berch, COO
> Truist Bank
> Service Finance Co., LLC
> 555 S. Federal Hwy #200
> Boca Raton, FL 33432

Date: <u>March 26, 2020</u>
/s/ Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
By: Jason P. Provinzano, Esquire
16 W Northampton Street
Wilkes-Barre, PA 18701
PA ID: 306451
P: 570-822-5771
F: 570-908-6664
Email: MyLawyer@JPPLaw.com