```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                  Case No. 20-00141-RNO
Joseph John Kuehner,, III                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: AutoDocke        Page 1 of 1         Date Rcvd: Apr 24, 2020
                            Form ID: orfeedue       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2020 19:33:49      LVNV Funding LLC,
                c/o Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC  29603-0587
                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Flagstar Bank, FSB bkgroup@kmllawgroup.com
          Jason Paul Provinzano   on behalf of Debtor 1 Joseph John Kuehner,, III MyLawyer@JPPLaw.com,
          G17727@notify.cincompass.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Joseph John Kuehner, III
aka Joseph J. Kuehner III, aka Joseph J. Kuehner, aka
Joseph Kuehner III, aka Joseph Kuehner, aka Joseph
John Kuehner

Chapter 13

Case number 5:20–bk–00141–RNO

Document Number: 25

**Debtor(s)**

### Order Filing Fee Due

A transfer of claim was filed on **April 21, 2020**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **May 1, 2020**.

Dated:  April 24, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

orfeedue(05/18)