UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | Chapter 13 | |
| | : | | |
| Joseph John Kuehner, III | : | Case No.: | 5:20-bk-00141-MJC |
| Debtor | : | | |
| | : | | |
| Joseph John Kuehner, III and | : | | |
| Gina Kuehner (Non-Filing Spouse) | : | | |
| Movants | : | | |

## **NOTICE**

Movants filed a Motion to Approve a Cash-Out Refinance Home Equity Loan and to Incur Debt / Obtain Credit To Do So on April 29, 2024.

If you object to the relief requested, you must file your objection/response on or before **JUNE 13, 2024** with the Clerk of Bankruptcy Court at 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on The Law Offices of Jason P. Provinzano, LLC, 16 W. Northampton Street, Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, a hearing will be held on **JUNE 21, 2024 at 10:00 AM** at Courtroom 2, 197 S. Main Street, Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

                            Respectfully submitted

Date: April 29, 2024

By: /s/ Jason P. Provinzano, Esquire
Jason P. Provinzano, Esquire
16 W. Northampton Street
Wilkes-Barre, PA 18701
P: 570-822-5771
F: 570-908-6664
Email: MyLawyer@JPPLaw.com