**Fill in this information to identify the case:**

Debtor 1   Joseph John Kuehner

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>20-00141 MJC</u>

## Form 4100R

# Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:**      Flagstar Bank, NA                 **Court claim no.** (if known):   6

**Last 4 digits** of any number you use to identify the debtor's account:      4744
**Property address:**

88 Adams Avenue
Olyphant, PA 18447

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this
response is:                                                                                                                     $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:          Loan was paid in full on 6/25/2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees,
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                           (a)        $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:           + (b)        $ _____

c.   **Total.** Add lines a and b.                                                           (c)        $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: fc78248f564f63270c0e10e6a96be1afdb5f984147deaf234d1dec3523cf8160

Case 5:20-bk-00141-MJC   Doc 48   Filed 08/08/24   Entered 08/08/24 12:10:47   Desc
Main Document      Page 1 of 3

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**×** /s/ *Brent J. Lemon*
Brent Lemon
07 Aug 2024, 11:50:45, EDT

Date    08/07/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Joseph John Kuehner III aka Joseph J. Kuehner aka Joseph J. Kuehner, III aka Joseph Kuehner, III aka Joseph John Kuehner aka Joseph Kuehner** | **BK NO. 20-00141 MJC** |
| **Debtor(s)** | **Chapter 13** |
| | **Related to Claim No. 6** |
| **Flagstar Bank, NA** | |
| **Movant** | |
| **vs.** | |
| **Joseph John Kuehner III aka Joseph J. Kuehner aka Joseph J. Kuehner, III aka Joseph Kuehner, III aka Joseph John Kuehner aka Joseph Kuehner** | |
| **Debtor(s)** | |
| **Jack N. Zaharopoulos,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 8, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:


Debtor(s)
Joseph John Kuehner III aka Joseph J. Kuehner
aka Joseph J. Kuehner, III aka Joseph Kuehner, III
aka Joseph John Kuehner aka Joseph Kuehner
88 Adams Avenue
Olyphant, PA 18447

Attorney for Debtor(s) (via ECF)
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036


Method of Service:  electronic means or first-class mail.

Dated: <u>August 8, 2024</u>

          */s/ Brent J. Lemon*
          Brent J. Lemon
          Attorney I.D. 86478
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          (412) 475-8764
          blemon@kmllawgroup.com