In re:  
Joseph John Kuehner, III  
    Debtor

Case No. 20-00141-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 10, 2024      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph John Kuehner, III, 88 Adams Ave, Olyphant, PA 18447-2102 |
| 5290995 | | Kuehner Joseph John III, 88 Adams Ave, Olyphant, PA 18447-2102 |
| 5311655 | + | Pioneer Asset Trust, 4315 Pickett Road,, St. Joseph,, MO 64503-1600 |
| 5291006 | | Sst/Pioneer, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 18:49:57 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5303838 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 19:00:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5290997 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 19:00:35 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5290998 | ^ | MEBN | Sep 10 2024 18:41:52 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 5308066 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 10 2024 18:42:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5290999 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 10 2024 18:42:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5291000 | | EDI: JPMORGANCHASE | Sep 10 2024 22:41:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5300587 | + | Email/Text: RASEBN@raslg.com | Sep 10 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5309529 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 18:50:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5290996 | | Email/Text: mylawyer@jpplaw.com | Sep 10 2024 18:41:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5291001 | | EDI: LENDNGCLUB | Sep 10 2024 22:41:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5315928 | + | EDI: LENDNGCLUB | Sep 10 2024 22:41:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5291002 | | Email/Text: camanagement@mtb.com | Sep 10 2024 18:41:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5306473 | + | Email/Text: camanagement@mtb.com | Sep 10 2024 18:41:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |

| | | | | |
|---|---|---|---|---|
| 5294885 | + | EDI: AGFINANCE.COM | Sep 10 2024 22:41:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 5291003 | | EDI: AGFINANCE.COM | Sep 10 2024 22:41:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5295590 | | EDI: Q3G.COM | Sep 10 2024 22:41:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 5291004 | | Email/Text: servicing@svcfin.com | Sep 10 2024 18:41:00 | Service Finance Compan, 555 S Federal Hwy, Boca Raton, FL 33432-5505 |
| 5291005 | | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 10 2024 18:50:02 | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 5313591 | + | Email/Text: bankruptcy@bbandt.com | Sep 10 2024 18:41:00 | Truist Bank, Service Finance Co LLC, 555 S Federal Hwy 200, Boca Raton, FL 33432-6033 |
| 5291007 | | Email/Text: bknotice@upgrade.com | Sep 10 2024 18:41:00 | Upgrade Inc, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5291008 | | EDI: USAA.COM | Sep 10 2024 22:41:00 | Usaa Savings Bank, 10750 W McDermott Fwy, San Antonio, TX 78288-1601 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Flagstar Bank N.A. blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Flagstar Bank FSB bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | |

        on behalf of Debtor 1 Joseph John Kuehner III MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph John Kuehner III<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9735<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00141–MJC | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph John Kuehner III
aka Joseph J. Kuehner III, aka Joseph J. Kuehner, aka Joseph Kuehner III, aka Joseph Kuehner, aka Joseph John Kuehner

9/10/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**