## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph John Kuehner III aka Joseph J. Kuehner aka Joseph J. Kuehner, III aka Joseph Kuehner, III aka Joseph John Kuehner aka Joseph Kuehner | BK NO. 20-00141 MJC |
| | Chapter 13 |
| Debtor(s) | Related to Claim No. 6 |
| | |
| FLAGSTAR BANK, FSB | |
| Movant | |
| vs. | |
| Joseph John Kuehner III aka Joseph J. Kuehner aka Joseph J. Kuehner, III aka Joseph Kuehner, III aka Joseph John Kuehner aka Joseph Kuehner | |
| Debtor(s) | |
| | |
| Jack N. Zaharopoulos, | |
| Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 11, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Joseph John Kuehner III aka Joseph J. Kuehner
aka Joseph J. Kuehner, III aka Joseph Kuehner, III
aka Joseph John Kuehner aka Joseph Kuehner
88 Adams Avenue
Olyphant, PA 18447

Attorney for Debtor(s)
Jason Paul Provinzano, Law Offices of Jason P.
Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: October 11, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com